Dwayne Bridget 16790

EMCF INMATE LEGAL
ASSISTANCE PROGRAM
10641 HIGHWAY 80 WEST
MERIDIAN, MS 39307



$1.11
US POSTAGE
FIRST-CLASS
062S0001443257
FROM 39307



**LEGAL MAIL**

Approved Mail
AUG 11 2023
EMCF LEGAL LIBRARY

U.S. DISTRICT COURT
501 E COURT STREET STE 2.500
JACKSON, MS 39201



RECEIVED
AUG 14 2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

