CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
501 E. COURT ST., STE 2.500
JACKSON, MISSISSIPPI 39201

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAR 22 2024
BY _____ DEPUTY
ARTHUR JOHNSTON

RTS/UTF



JACKSON MS 390
15 MAR 2024 PM
FIRST-CLASS

RECEIVED
MAR 22 2024
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.



US POSTAGE (IMI) PITNEY BOWES
ZIP 39201
02 7H
0006088191   $ 000.88⁰
MAR 15 2024

**Special Mail — Open in the presence of the inmate**

NIXIE        392   DE  1           0003/21/24
           RETURN TO SENDER
             NO SUCH STREET
           UNABLE TO FORWARD

BC: 39201502299      *0566-01434-15-38

39701>5027

Dwayne Roland Bridget #167410
East MS Correctional Facility
10641 Hwy 80 West
Meridian, MS 39307

----------------------------------------------------------

# Other Orders/Judgments

[3:23-cv-00531-DPJ-ASH Bridget v. Cain et al](#)

ADMINISTRATIVE,ASH

## U.S. District Court

## Southern District of Mississippi

## Notice of Electronic Filing

The following transaction was entered on 3/15/2024 at 9:30 AM CDT and filed on 3/15/2024
**Case Name:**       Bridget v. Cain et al
**Case Number:**   [3:23-cv-00531-DPJ-ASH](#)
**Filer:**
**WARNING: CASE CLOSED on 03/15/2024**
**Document Number:** [13](#)

**Docket Text:**
**ORDER OF DISMISSAL** - Bridget's Complaint [1] is dismissed without prejudice for failure to prosecute and obey the Orders of the Court. A separate final judgment will be entered pursuant to Federal Rule of Civil Procedure 58. Signed by Chief District Judge Daniel P. Jordan, III on 03/15/2024 (CO)


**3:23-cv-00531-DPJ-ASH Notice has been electronically mailed to:**

**3:23-cv-00531-DPJ-ASH Notice has been delivered by other means to:**

Dwayne Roland Bridget
#167410
East MS Correctional Facility
10641 Hwy 80 West
Meridian, MS 39307

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=3/15/2024] [FileNumber=6772666-0
] [9c6e3f76205f0f67e5003bed9ce741a00958ab5298d229d9d5d6d3ac7d690b7722d
6c634b71614cd1208d29a0c4974ce4473dd0003db44c70ba24032f98f9485]]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

DWAYNE ROLAND BRIDGET                                              PLAINTIFF
also known as Wayne

V.                                         CIVIL ACTION NO. 3:23-CV-531-DPJ-ASH

NATHAN BURL CAIN, et al.                                          DEFENDANTS

ORDER OF DISMISSAL

Pro se Plaintiff Dwayne Roland Bridget claims that his constitutional rights were violated while housed in the East Mississippi Correctional Facility ("EMCF"). Compl. [1] at 4–6. Bridget filed this conditions-of-confinement case under 42 U.S.C. § 1983 while incarcerated at EMCF in Meridian, Mississippi. But because Bridget has failed to comply with the Court's orders, the Court will dismiss his case sua sponte.

On December 19, 2023, the Court entered an Order directing Bridget to clarify whether he was naming Officer Moore as a defendant and to respond on or before January 3, 2024. Order [6] at 1. That Order [6] was mailed to Plaintiff at his last known address and was not returned. Bridget did not comply, so the Court entered another Order [7] directing Bridget to (1) show cause why the action should not be dismissed for failure to comply with a Court order and (2) comply with the previous Order [6]. Order [7] at 1. The Court gave Bridget until February 6, 2024, to respond and warned him that a failure to comply could result in the dismissal of this civil action. *Id.* at 1–2. That show-cause Order [7] was returned as undeliverable on January 29, 2024. Mail Returned [8] at 1.

Because Bridget is proceeding pro se, the Court entered another show-cause order extending the deadline to March 1, 2024. *See* Second and Final Order to Show Cause [9]

at 2. Bridget was warned, "[t]his is Petitioner's final opportunity to comply." *Id.* That show-cause Order [9] was mailed to Bridget at his last known address and was returned as undeliverable on February 29, 2024.[1] Mail Returned [10] at 1. Bridget once again did not comply.

Bridget was repeatedly warned that failure to comply would result in dismissal of his case.[2] Order [6] at 2; Order [5] at 2; Order [3] at 2; Notice of Assignment [1-2] at 1. Moreover, the Court warned him that a failure to keep the Court advised of his current address could likewise result in dismissal. Order [3] at 2; Order [5] at 2; Order [6] at 2. And the Court has the inherent authority to dismiss any action sua sponte for a plaintiff's failure to prosecute or comply with court orders. *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962). That's so because the Court must be able to clear its calendar of cases that remain "dormant because of the inaction or dilatoriness of the parties seeking relief[,] . . . so as to achieve the orderly and expeditious disposition of cases." *Id.* at 630–31. Such a "sanction is necessary in order to prevent undue delays in the disposition of pending cases and to avoid congestion in the calendars of the District Courts." *Id.* at 629–30.

As the record demonstrates, lesser sanctions than dismissal have not prompted "diligent prosecution," but instead such efforts have proven futile. *Tello v. Comm'r*, 410 F.3d 743, 744 (5th Cir. 2005). Dismissal without prejudice is warranted.

---

[1] The Court's Order [11] entered on March 1, 2024, reassigning this case to Magistrate Judge Andrew S. Harris was also mailed to Bridget at his last known address. The envelope containing that Order [11] was returned as undeliverable on March 11, 2024. Mail Returned [12] at 1.

[2] These Orders and the Notice of Assignment were not returned as undeliverable.

2

Bridget's Complaint [1] is dismissed without prejudice for failure to prosecute and obey the Orders of the Court.   A separate final judgment will be entered pursuant to Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED** this the 15th day of March, 2024.

<u>s/ *Daniel P. Jordan III*</u>
CHIEF UNITED STATES DISTRICT JUDGE

# Other Orders/Judgments

[3:23-cv-00531-DPJ-ASH Bridget v. Cain et al](#) **CASE CLOSED on 03/15/2024**

CLOSED,ADMINISTRATIVE,ASH

# U.S. District Court

# Southern District of Mississippi

## Notice of Electronic Filing

The following transaction was entered on 3/15/2024 at 9:36 AM CDT and filed on 3/15/2024  
**Case Name:** Bridget v. Cain et al  
**Case Number:** [3:23-cv-00531-DPJ-ASH](#)  
**Filer:**  
**WARNING: CASE CLOSED on 03/15/2024**  
**Document Number:** [14](#)

**Docket Text:**  
**JUDGMENT - For the reasons stated in the Order entered this date, this case is dismissed without prejudice. Signed by Chief District Judge Daniel P. Jordan, III on 03/15/2024 (CO)**

**3:23-cv-00531-DPJ-ASH Notice has been electronically mailed to:**

**3:23-cv-00531-DPJ-ASH Notice has been delivered by other means to:**

Dwayne Roland Bridget  
#167410  
East MS Correctional Facility  
10641 Hwy 80 West  
Meridian, MS 39307

The following document(s) are associated with this transaction:

**Document description:** Main Document  
**Original filename:** n/a  
**Electronic document Stamp:**  
[STAMP dcecfStamp_ID=1081288797 [Date=3/15/2024] [FileNumber=6772681-0
] [91830b67d9849660a38627f6d5e81c871307ff204dff368e4a9046a9587b1358c23
1b4ea8ae520209ae1617b8190a42ac47e8239374023cafde03c390bd16286]]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

DWAYNE ROLAND BRIDGET                                              PLAINTIFF
also known as Wayne

V.                                        CIVIL ACTION NO. 3:23-CV-531-DPJ-ASH

NATHAN BURL CAIN, et al.                                           DEFENDANTS

JUDGMENT

For the reasons stated in the Order entered this date, this case is dismissed without prejudice.

**SO ORDERED AND ADJUDGED** this the 15th day of March, 2024.

s/ *Daniel P. Jordan III*
CHIEF UNITED STATES DISTRICT JUDGE